**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_Eastern_ District of _New York_
(State)

Case number (*if known*): _____ Chapter _11_

CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF
NEW YORK

2015 MAY 17 P 12: 44

RECEIVED

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
|---|---|
| 1. **Debtor's name** | Holy Nazarene Deliverance Ministries, Inc. |
| 2. **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names, and *doing business as* names | Holy Nazarine House of Prayer for All People |
| 3. **Debtor's federal Employer Identification Number** (EIN) | 83 - 0372994 |

4. **Debtor's address**

**Principal place of business**

_231 Ralph Avenue_
Number    Street

_Brooklyn    New York 11233_
City    State    ZIP Code

_Kings_
County

**Mailing address, if different from principal place of business**

_____
Number    Street

P.O. Box _____

_____
City    State    ZIP Code

**Location of principal assets, if different from principal place of business**

_____
Number    Street

_____

_____
City    State    ZIP Code

5. **Debtor's website** (URL) _____

6. **Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding  LLP)

☐ Other. Specify: _____

Debtor _Holy Nazarene Deliverance Ministries Inc._
Name

Case number *(if known)* _____

**7. Describe debtor's business**

**A. Check one:**

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

**B. Check all that apply:**

☒ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

**C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

_8 1 3 1_

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply:*

    ☒ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 *or* 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No

☐ Yes. District _____ When _____ Case number _____
                                            MM / DD / YYYY

            District _____ When _____ Case number _____
                                              MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☒ No

☐ Yes. Debtor _____ Relationship _____

            District _____ When _____
                                              MM / DD / YYYY

            Case number, if known _____

Debtor    Holy Nazarene Deliverance Ministries, Inc.    Case number (if known)_____

**11. Why is the case filed in *this district*?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property?_____
Number    Street

_____

_____
City    State    ZIP Code

Is the property insured?

☐ No

☐ Yes. Insurance agency _____

Contact name    _____

Phone    _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☑ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

Debtor    Holy Nazarene Deliverance Ministries, Inc.    Case number (if known) _____

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☒ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

---

### Request for Relief, Declaration, and Signatures

WARNING — Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

☒ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

☒ I have been authorized to file this petition on behalf of the debtor.

☒ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   5  16  2016
             MM / DD / YYYY

X _____          Herguel D. Gibbs
Signature of authorized representative of debtor     Printed name

Title   Pastor / POA

**18. Signature of attorney**

X _____          Date _____
Signature of attorney for debtor              MM  / DD / YYYY

Printed name _____

Firm name _____

Number     Street _____

City _____    State _____  ZIP Code _____

Contact phone _____    Email address _____

Bar number _____    State _____

---

Official Form 201          Voluntary Petition for Non-Individuals Filing for Bankruptcy          **page 4**

Official Form 201A (12/15)

*[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

*[Caption as in Form 416B]*

## Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is _____.

2. The following financial data is the latest available information and refers to the debtor's condition on _____.

a. Total assets                                                    $ *385,000*

b. Total debts (including debts listed in 2.c., below)             $ *400,000.00*

c. Debt securities held by more than 500 holders

| | | | | | | Approximate number of holders: |
|---|---|---|---|---|---|---|
| secured ☐ | unsecured ☐ | subordinated ☐ | $ | *0.00* | | *None* |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ | | | |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ | | | |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ | | | |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ | | | |

d. Number of shares of preferred stock                            _____

e. Number of shares common stock                                  _____

Comments, if any: _____

_____

3. Brief description of debtor's business: *Religious Organization - Church*

_____

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor: *None*

_____

_____

**Fill in this information to identify the case:**

Debtor name _Holy NAZarene Deliverance Ministries, Inc._

United States Bankruptcy Court for the: _Eastern_ District of _NY_
(State)

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 None | | | | | | |
| 2 | | | | | | |
| 3 | | | | | | |
| 4 | | | | | | |
| 5 | | | | | | |
| 6 | | | | | | |
| 7 | | | | | | |
| 8 | | | | | | |

Debtor ___Holy NAZarene Deliverance Ministries Inc.___    Case number (*if known*)_____
       Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

**Fill in this information to identify the case:**

Debtor name _Holy NAZArene, Deliverance Ministries, Inc_

United States Bankruptcy Court for the: _Eastern_ _____ District of _NY_
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206Sum
# Summary of Assets and Liabilities for Non-Individuals                    12/15

---

**Part 1:   Summary of Assets**

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................................    $ _383,760_

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*..............................................................    $ _1,240_

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................    $ _385,000_

---

**Part 2:   Summary of Liabilities**

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*..........................    $ _400,000_

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*..................................................    $ _0_

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.......................    + $ _0_

4. **Total liabilities**.................................................................................................    $ _400,000_
   Lines 2 + 3a + 3b

---

**Fill in this information to identify the case:**

Debtor name Holy Nazarene Deliverance Ministries, Inc.

United States Bankruptcy Court for the: Eastern District of NY
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☐ Yes. Fill in the information below.

   **All cash or cash equivalents owned or controlled by the debtor**

   Current value of debtor's interest

2. **Cash on hand**    $ 65.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
   |---|---|---|---|
   | 3.1. CAPITAL One BANK | Checking | 9 8 5 7 | $ |
   | 3.2. | | | $ |

4. **Other cash equivalents** *(Identify all)*

   4.1. None    $ 0.00
   4.2. _____    $ _____

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    $ 65.00

## Part 2:    Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

   Current value of debtor's interest

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1. _____    $ _____
   7.2. _____    $ _____

Debtor  Holy NAZArene Deliverance Ministries, Inc.    Case number (if known)_____

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1. _____ None _____  $ 0.00

8.2. _____  $ _____

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.    $ 0.00

---

**Part 3:    Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.

☐ Yes. Fill in the information below.

Current value of debtor's interest

**11. Accounts receivable**

11a. 90 days old or less:  _____ – _____ = ........→    $ _____
                          face amount        doubtful or uncollectible accounts

11b. Over 90 days old:    _____ – _____ = ........→    $ _____
                          face amount        doubtful or uncollectible accounts

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $ _____

---

**Part 4:    Investments**

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. _____  _____  $ _____

14.2. _____  _____  $ _____

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                          % of ownership:

15.1. _____  _____%  _____  $ _____

15.2. _____  _____%  _____  $ _____

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1. _____  _____  $ _____

16.2. _____  _____  $ _____

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.    $ _____

---

Debtor    Holy Nazarene Deliverance Ministries, Inc.
Name

Case number (if known)_____

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☒ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. **Work in progress** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. **Other inventory or supplies** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$   0.00

24. **Is any of the property listed in Part 5 perishable?**

☐ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value _____  Valuation method_____  Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No

☐ Yes

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| _____ | $_____ | _____ | $_____ |
| 29. **Farm animals** Examples: Livestock, poultry, farm-raised fish | | | |
| _____ | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment**  (Other than titled motor vehicles) | | | |
| _____ | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $_____ | _____ | $_____ |

Debtor  Holy Nazarene Deliverance Ministries, Inc.    Case number (if known) _____

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$ 0.00

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____  Valuation method _____  Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 7:    Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** Desks (2); Chairs | $____ | Comparable Sales | $ 275.00 |
| 40. **Office fixtures** File Cabinets | $____ | Comparable Sales | $ 50.00 |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** Computer Equipment; printer | $____ | Comparable Sales | $ 850.00 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 None | $____ | ____ | $ 0.00 |
| 42.2 | $____ | ____ | $____ |
| 42.3 | $____ | ____ | $____ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$ 1,175.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☒ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☒ No

☐ Yes

Schedule A/B: Assets — Real and Personal Property

Debtor    Holy Nazarene Deliverance Ministries, Inc.

Name

Case number (if known)_____

---

## Part 8:    Machinery, equipment, and vehicles

46.  **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1_____ | $_____ | _____ | $_____ |
| 47.2_____ | $_____ | _____ | $_____ |
| 47.3_____ | $_____ | _____ | $_____ |
| 47.4_____ | $_____ | _____ | $_____ |

48.  **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1_____ | $_____ | _____ | $_____ |
| 48.2_____ | $_____ | _____ | $_____ |

49.  **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1_____ | $_____ | _____ | $_____ |
| 49.2_____ | $_____ | _____ | $_____ |

50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| _____ | $_____ | _____ | $_____ |

51.  **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

$ 0.00

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

Debtor  Holy Nazarene Deliverance Ministries, Inc.                    Case number (if known)_____
         Name

## Part 9:  Real property

**54.  Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

**55.  Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as<br>Assessor Parcel Number (APN), and type of property<br>(for example, acreage, factory, warehouse, apartment<br>or office building, if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1  237 Ralph Ave, Bklyn. N.Y. (Church)  100% owner | | $ | Comparable Sales | $ 383,760.00 |
| 55.2 | | $ | | $ |
| 55.3 | | $ | | $ |
| 55.4 | | $ | | $ |
| 55.5 | | $ | | $ |
| 55.6 | | $ | | $ |

**56.  Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ 383,760.00

**57.  Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

**58.  Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 10:  Intangibles and intellectual property

**59.  Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **60.  Patents, copyrights, trademarks, and trade secrets** | $ | | $ |
| **61.  Internet domain names and websites** | $ | | $ |
| **62.  Licenses, franchises, and royalties** | $ | | $ |
| **63.  Customer lists, mailing lists, or other compilations** | $ | | $ |
| **64.  Other intangibles, or intellectual property** | $ | | $ |
| **65.  Goodwill** | $ | | $ |

**66.  Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.

$ 0.00

Debtor    Holy Nazarene Deliverance Ministries, Inc.

Name

Case number (if known)_____

67. **Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?**
☐ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☐ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☐ No
☐ Yes

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.
☒ No. Go to Part 12.
☐ Yes. Fill in the information below.

Current value of debtor's interest

71. **Notes receivable**
Description (include name of obligor)

_____  –  _____  = →  $_____
                      Total face amount       doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

_____  Tax year _____  $_____
_____  Tax year _____  $_____
_____  Tax year _____  $_____

73. **Interests in insurance policies or annuities**
_____  $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
_____  $_____
**Nature of claim**  _____
**Amount requested**  $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
_____  $_____
**Nature of claim**  _____
**Amount requested**  $_____

76. **Trusts, equitable or future interests in property**
_____  $_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership
_____  $_____
_____  $_____

78. **Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.
$ _0.00_

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☐ No
☐ Yes

Debtor  Holy Nazarene Deliverance Ministries, Inc.    Case number (if known)_____
        Name

| Part 12: | Summary |
|----------|---------|

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. Cash, cash equivalents, and financial assets. *Copy line 5, Part 1.* | $ 65.00 | |
| 81. Deposits and prepayments. *Copy line 9, Part 2.* | $ 0.00 | |
| 82. Accounts receivable. *Copy line 12, Part 3.* | $ 0.00 | |
| 83. Investments. *Copy line 17, Part 4.* | $ 0.00 | |
| 84. Inventory. *Copy line 23, Part 5.* | $ 0.00 | |
| 85. Farming and fishing-related assets. *Copy line 33, Part 6.* | $ 0.00 | |
| 86. Office furniture, fixtures, and equipment; and collectibles. *Copy line 43, Part 7.* | $ 1,175.00 | |
| 87. Machinery, equipment, and vehicles. *Copy line 51, Part 8.* | $ 0.00 | |
| 88. Real property. *Copy line 56, Part 9.* ....................➔ | | $ 383,760.00 |
| 89. Intangibles and intellectual property. *Copy line 66, Part 10.* | $ 0.00 | |
| 90. All other assets. *Copy line 78, Part 11.* | + $ 0.00 | |
| 91. Total. Add lines 80 through 90 for each column............91a. | $ 1,240.00 | + 91b. $ 383,760.00 |

92. Total of all property on Schedule A/B.  Lines 91a + 91b = 92. ....................................................   $ 385,000.00

**Fill in this information to identify the case:**

Debtor name Holy Nazarene Deliverance Ministries, Inc.

United States Bankruptcy Court for the: Eastern District of NY
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property      12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.1**

Creditor's name
Desmond Grenardo

Creditor's mailing address
22 Paerdegat 5th Street
Brooklyn NY 11236

Creditor's email address, if known
_____

Date debt was incurred 4/8/2015

Last 4 digits of account number ____ ____ ____ ____

Do multiple creditors have an interest in the same property?
☐ No
☑ Yes. Specify each creditor, including this creditor, and its relative priority.
#3

Describe debtor's property that is subject to a lien
Building; 231 Ralph Avenue   $ 400,000   $ 383,760
2-story brick bldg.
Brooklyn, NY 11233

Describe the lien
Foreclosure/Mechanics Lien

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

**2.2**

Creditor's name
Desmond Grenardo

Creditor's mailing address
1815 Nostrand Avenue
Brooklyn, NY 11226

Creditor's email address, if known
_____

Date debt was incurred 4/8/2015

Last 4 digits of account number ____ ____ ____ ____

Do multiple creditors have an interest in the same property?
☐ No
☑ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   ☑ Yes. The relative priority of creditors is specified on lines 21

Describe debtor's property that is subject to a lien
Building; 231 Ralph Ave   $ 400,000   $ 383,760
2-story brick bldg.
Brooklyn, NY 11233

Describe the lien
Foreclosure/Mechanics Lien

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   $ 400,000.00

Debtor  _Holy Nazarene Deliverance Ministries, Inc._
        Name

Case number *(if known)* _____

| Part 1: | Additional Page |
|---|---|

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.3** Creditor's name
_D. E. S. Home Improvement, Inc._

Describe debtor's property that is subject to a lien
_Building; 237 Ralph Ave_
_2-Story Brick Bldg._
_Brooklyn, NY 11233_

$ _400,000_     $ _383,760_

Creditor's mailing address
_1815 Nostrand Avenue_
_Brooklyn, NY 11226_

Describe the lien
_Foreclosure/Mechanics Lien_

Creditor's email address, if known

_____

Is the creditor an insider or related party?
☒ No
☐ Yes

Date debt was incurred _4/8/2015_

Last 4 digits of account number  ___ ___ ___ ___

Is anyone else liable on this claim?
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Do multiple creditors have an interest in the same property?
☐ No
☒ Yes. Have you already specified the relative priority?

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☐ Unliquidated
☒ Disputed

☒ No. Specify each creditor, including this creditor, and its relative priority.
_#2_
_____

☒ Yes. The relative priority of creditors is specified on lines _2-3_

**2.4** Creditor's name
_Malachi Home Remodeling, Inc._

Describe debtor's property that is subject to a lien
_Building; 237 Ralph Avenue_
_2-Story Bldg._
_Brooklyn, NY 11233_

$ _400,000_     $ _383,760_

Creditor's mailing address
_1815 Nostrand Avenue_
_Brooklyn, NY 11226_

Describe the lien
_Foreclosure/Mechanics Lien_

Creditor's email address, if known

_____

Is the creditor an insider or related party?
☒ No
☐ Yes

Date debt was incurred _4/8/2015_

Last 4 digits of account number  ___ ___ ___ ___

Is anyone else liable on this claim?
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Do multiple creditors have an interest in the same property?
☐ No
☒ Yes. Have you already specified the relative priority?

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☐ Unliquidated
☒ Disputed

☒ No. Specify each creditor, including this creditor, and its relative priority.
_#4_
_____

☐ Yes. The relative priority of creditors is specified on lines ___

Debtor Holy NAzArene Deliverance Ministries Inc.
Name

Case number (if known)_____

| | Column A | Column B |
|---|---|---|
| **Part 1:** Additional Page | Amount of claim | Value of collateral |
| | Do not deduct the value of collateral. | that supports this claim |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.5** Creditor's name
MAverick Construction Services LLC.

Describe debtor's property that is subject to a lien
Building; 237 RAlph Ave
2 story brick building
Brooklyn, NY 11233

Describe the lien Foreclosure

$ 400,000    $ 383,760

Creditor's mailing address
14 EAst 38th Street
New York, NY 10016

Creditor's email address, if known
_____

Date debt was incurred 4/8/2015
Last 4 digits of account number ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☑ Yes. Have you already specified the relative priority?
 ☑ No. Specify each creditor, including this creditor, and its relative priority.
  #1
  _____
  _____
 ☐ Yes. The relative priority of creditors is specified on lines _____

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**2.__** Creditor's name
_____

Describe debtor's property that is subject to a lien
_____

$_____    $_____

Creditor's mailing address
_____
_____

Describe the lien
_____

Creditor's email address, if known
_____

Date debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Have you already specified the relative priority?
 ☐ No. Specify each creditor, including this creditor, and its relative priority.
  _____
  _____
 ☐ Yes. The relative priority of creditors is specified on lines _____

Is the creditor an insider or related party?
☐ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Official Form 206D    Additional Page of Schedule D: Creditors Who Have Claims Secured by Property    page 3 of 4

Debtor  Holy NAZArene Deliverance Ministries, Inc.

Name

Case number (if known)_____

## Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| DANiels Norelli Scally & Cecere, P.C. 272 Duffy Avenue Hicksville, NY 11801 | Line 2. 5 | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |

**Fill in this information to identify the case:**

Debtor _Holy Nazarene Deliverance Ministries, Inc._

United States Bankruptcy Court for the: _Eastern_ District of _NY_
(State)

Case number
(If known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

---

**Part 1:   List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☒ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address
_NONE_
_____
_____

Date or dates debt was incurred
_____

Last 4 digits of account
number  ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is: $_____    $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☐ No
☐ Yes

---

**2.2** Priority creditor's name and mailing address
_____
_____
_____

Date or dates debt was incurred
_____

Last 4 digits of account
number  ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is: $_____    $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☐ No
☐ Yes

---

**2.3** Priority creditor's name and mailing address
_____
_____
_____

Date or dates debt was incurred
_____

Last 4 digits of account
number  ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is: $_____    $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☐ No
☐ Yes

---

Debtor   *Holy Nazarene Deliverance Ministries, Inc.*
Name

Case number *(if known)* _____

## Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

**3.1**  Nonpriority creditor's name and mailing address

*NONE*

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____

Basis for the claim: _____

Date or dates debt was incurred       _____

Last 4 digits of account number      __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

**3.2**  Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____

Basis for the claim: _____

Date or dates debt was incurred       _____

Last 4 digits of account number      __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

**3.3**  Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____

Basis for the claim: _____

Date or dates debt was incurred       _____

Last 4 digits of account number      __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

**3.4**  Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____

Basis for the claim: _____

Date or dates debt was incurred       _____

Last 4 digits of account number      __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

**3.5**  Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____

Basis for the claim: _____

Date or dates debt was incurred       _____

Last 4 digits of account number      __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

**3.6**  Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____

Basis for the claim: _____

Date or dates debt was incurred       _____

Last 4 digits of account number      __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

| Debtor | | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.___ **Nonpriority creditor's name and mailing address**

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

$_____

---

3.___ **Nonpriority creditor's name and mailing address**

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

$_____

---

3.___ **Nonpriority creditor's name and mailing address**

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

$_____

---

3.___ **Nonpriority creditor's name and mailing address**

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

$_____

---

3.___ **Nonpriority creditor's name and mailing address**

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

$_____

**Fill in this information to identify the case:**

Debtor name  Holy NAZArene Deliverance Ministries, Inc

United States Bankruptcy Court for the: Eastern    District of NY
(State)

Case number (If known): _____    Chapter ____

☐ Check if this is an
amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☑ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**    State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |

| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |

| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |

| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |

| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name _Holy NAZArene Deliverance Ministries, Inc._

United States Bankruptcy Court for the: _EAstern_ District of _NY_
(State)

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Codebtors                                      12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☒ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | Check all schedules that apply: |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | |
| 2.1 NAZArene Mercy Prayer for All People | 231 Ralph Avenue <br> Street <br> Brooklyn NY 11233 <br> City / State / ZIP Code | Maverick Construction Services, LLC | ☒ D <br> ☐ E/F <br> ☐ G |
| 2.2 Peggy M. Holley | 231 Ralph Avenue <br> Street <br> Brooklyn NY 11233 <br> City / State / ZIP Code | Maverick Construction Services LLC | ☒ D <br> ☐ E/F <br> ☐ G |
| 2.3 | Street <br> City / State / ZIP Code | | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 | Street <br> City / State / ZIP Code | | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.5 | Street <br> City / State / ZIP Code | | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.6 | Street <br> City / State / ZIP Code | | ☐ D <br> ☐ E/F <br> ☐ G |

---

**Fill in this information to identify the case and this filing:**

Debtor Name _Holy Nazarene Deliverance Ministries, Inc._

United States Bankruptcy Court for the: _Eastern_ District of _NY_
(State)

Case number (*If known*): _____

---

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors      12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

---

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ❑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

- ❑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

- ❑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

- ❑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

- ❑ *Schedule H: Codebtors* (Official Form 206H)

- ❑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

- ❑ Amended *Schedule* _____

- ❑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

- ❑ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _5 16 2016_          **✗** _Herquel D. Gibbs_
         MM / DD / YYYY                    Signature of individual signing on behalf of debtor

                         _Herquel D. Gibbs_
                         Printed name

                         _Pastor / POA_
                         Position or relationship to debtor

---

**Fill in this information to identify the case and this filing:**

Debtor Name _Holy Nazarene Deliverance Ministries, Inc_

United States Bankruptcy Court for the: _Eastern_ District of _NY_
(State)

Case number (*If known*): _____

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

❑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

❑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

❑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

❑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

❑ *Schedule H: Codebtors* (Official Form 206H)

❑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

❑ Amended *Schedule* ____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

❑ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _5 / 16 2016_         ✗ _Herguel Gibbs_
MM / DD / YYYY              Signature of individual signing on behalf of debtor

_Herguel D. Gibbs._
Printed name

_Pastor/POA_
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name  Holy NAZAree Deliverance Ministries, Inc.

United States Bankruptcy Court for the:  Eastern              District of  NY
                                                              (State)

Case number (If known): _____

☐ Check if this is an
   amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

---

### Part 1:    Income

1. **Gross revenue from business**

   ☐ None

   |  | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|---|
   | **Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year** | | | |
   | **From the beginning of the fiscal year to filing date:** | From 1/1/2016 to Filing date<br>MM/DD/YYYY | ☐ Operating a business<br>☒ Other: Tithes, Offering & Gifts | $ 16,815 |
   | **For prior year:** | From 1/1/2015 to 12/31/2015<br>MM/DD/YYYY    MM/DD/YYYY | ☐ Operating a business<br>☒ Other: Tithes Offerings & Gifts | $ 35,926 |
   | **For the year before that:** | From 1/1/2014 to 12/31/2014<br>MM/DD/YYYY    MM/DD/YYYY | ☐ Operating a business<br>☒ Other: Tithes Offerings & Gifts | $ 29,683 |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected
   from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☒ None

   |  | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|---|
   | **From the beginning of the fiscal year to filing date:** | From _____ to Filing date<br>MM/DD/YYYY | _____ | $ _____ |
   | **For prior year:** | From _____ to _____<br>MM/DD/YYYY    MM/DD/YYYY | _____ | $ _____ |
   | **For the year before that:** | From _____ to _____<br>MM/DD/YYYY    MM/DD/YYYY | _____ | $ _____ |

Debtor  _Holy NAZArene Deliverance Ministry, Inc._    Case number (if known)_____

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |

3. **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

|  | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|---|
| 3.1. | | | $_____ | ☐ Secured debt |
| | Creditor's name | | | ☐ Unsecured loan repayments |
| | Street | | | ☐ Suppliers or vendors |
| | | | | ☐ Services |
| | City        State    ZIP Code | | | ☐ Other _____ |
| 3.2. | | | $_____ | ☐ Secured debt |
| | Creditor's name | | | ☐ Unsecured loan repayments |
| | Street | | | ☐ Suppliers or vendors |
| | | | | ☐ Services |
| | City        State    ZIP Code | | | ☐ Other _____ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

|  | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | | | $_____ | _____ |
| | Insider's name | | | _____ |
| | Street | | | _____ |
| | | | | |
| | City        State    ZIP Code | | | |
| | Relationship to debtor | | | |
| 4.2. | | | $_____ | _____ |
| | Insider's name | | | _____ |
| | Street | | | _____ |
| | | | | |
| | City        State    ZIP Code | | | |
| | Relationship to debtor | | | |

Debtor **Holy Nazarene Deliverance Ministries, Inc**
Name

Case number *(if known)* _____

## 5. Repossessions, foreclosures, and returns

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | | | | $_____ |
| | Creditor's name | | | |
| | Street | | | |
| | City    State    ZIP Code | | | |
| 5.2. | | | | $_____ |
| | Creditor's name | | | |
| | Street | | | |
| | City    State    ZIP Code | | | |

## 6. Setoffs

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| | | | $_____ |
| Creditor's name | | | |
| Street | | | |
| City    State    ZIP Code | Last 4 digits of account number: XXXX– __ __ __ __ | | |

## Part 3:    Legal Actions or Assignments

## 7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☑ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | | | | ☐ Pending |
| | | | Name | ☐ On appeal |
| | Case number | | Street | ☐ Concluded |
| | | | City    State    ZIP Code | |
| 7.2. | Case title | | Court or agency's name and address | ☐ Pending |
| | | | Name | ☐ On appeal |
| | Case number | | Street | ☐ Concluded |
| | | | City    State    ZIP Code | |

Debtor    Holy Nazarene Deliverance Ministries, Inc.    Case number (if known) _____

8. **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| _____ | _____ | $_____ |
| Custodian's name | Case title | Court name and address |
| Street | _____ | _____ |
| _____ | | Name |
| City          State          ZIP Code | Case number | _____ |
| | _____ | Street |
| | Date of order or assignment | _____ |
| | _____ | City          State          ZIP Code |

| **Part 4:** | **Certain Gifts and Charitable Contributions** |
|---|---|

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| **9.1.** _____ | _____ | _____ | $_____ |
| Recipient's name | _____ | | |
| Street | | | |
| City          State          ZIP Code | | | |
| Recipient's relationship to debtor | | | |
| _____ | | | |
| **9.2.** _____ | _____ | _____ | $_____ |
| Recipient's name | _____ | | |
| Street | | | |
| City          State          ZIP Code | | | |
| Recipient's relationship to debtor | | | |
| _____ | | | |

| **Part 5:** | **Certain Losses** |
|---|---|

10. All losses from fire, theft, or other casualty within 1 year before filing this case.

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | | |
| _____ | _____ | _____ | $_____ |

Debtor   Holy Narose Deliverance Ministries, Inc,    Case number (if known)_____

| **Part 6:** | **Certain Payments or Transfers** |

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☒ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | | | | $_____ |
| | **Address** | | | |
| | **Street** | | | |
| | **City**          **State**    **ZIP Code** | | | |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | | | | $_____ |
| | **Address** | | | |
| | **Street** | | | |
| | **City**          **State**    **ZIP Code** | | | |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | $_____ |
| **Trustee** | | | |

Debtor   Holy NAZArene Deliverance Ministries, Inc.                Case number (if known)_____
         Name

---

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | _____ | _____ | $_____ |
| | **Address** | | | |
| | _____ Street | | | |
| | _____ | | | |
| | _____ City   State   ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

| | Who received transfer? | | Date transfer | Total amount or value |
|---|---|---|---|---|
| 13.2. | _____ | _____ | _____ | $_____ |
| | **Address** | | | |
| | _____ Street | | | |
| | _____ | | | |
| | _____ City   State   ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

---

**Part 7:    Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☒ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | _____ Street | From _____ To _____ |
| | _____ | |
| | _____ City   State   ZIP Code | |
| 14.2. | _____ Street | From _____ To _____ |
| | _____ | |
| | _____ City   State   ZIP Code | |

---

Debtor _Holy Nazarene Deliverance Ministries, Inc_    Case number (if known)_____
       Name

---

| **Part 8:** | **Health Care Bankruptcies** |

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.

❏ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. | | |
| Facility name | | |
| Street | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? |
| | | Check all that apply: |
| City          State          ZIP Code | | ☐ Electronically<br>☐ Paper |

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.2. | | |
| Facility name | | |
| Street | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? |
| | | Check all that apply: |
| City          State          ZIP Code | | ☐ Electronically<br>☐ Paper |

---

| **Part 9:** | **Personally Identifiable Information** |

**16. Does the debtor collect and retain personally identifiable information of customers?**

☒ No.

❏ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

❏ No

❏ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.

❏ Yes. Does the debtor serve as plan administrator?

   ❏ No. Go to Part 10.

   ❏ Yes. Fill in below:

   | Name of plan | Employer identification number of the plan |
   |---|---|
   | _____ | EIN: __ __ – __ __ __ __ __ __ __ |

   Has the plan been terminated?

   ❏ No

   ❏ Yes

---

Debtor _Holy Nazhere Deliverance Ministrey, Inc._____   Case number (if known)_____
        Name

---

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |

### 18. Closed financial accounts

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1. _____ Name _____ Street _____ City  State  ZIP Code | XXXX–__ __ __ __ | ☐ Checking ☐ Savings ☐ Money market ☐ Brokerage ☐ Other_____ | _____ | $_____ |
| 18.2. _____ Name _____ Street _____ City  State  ZIP Code | XXXX–__ __ __ __ | ☐ Checking ☐ Savings ☐ Money market ☐ Brokerage ☐ Other_____ | _____ | $_____ |

### 19. Safe deposit boxes

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ Name _____ Street _____ City  State  ZIP Code | _____ _____ Address _____ | _____ _____ | ☐ No ☐ Yes |

### 20. Off-premises storage

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ Name _____ Street _____ City  State  ZIP Code | _____ _____ Address _____ | _____ _____ | ☐ No ☐ Yes |

---

Debtor  Holy NAZArene DeliverAnce Ministries, Inc.    Case number (if known)_____
         Name

---

## Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| Name | | | |
| Street | | | |
| City          State          ZIP Code | | | |

---

## Part 12:    Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| | Street | | ☐ Concluded |
| | City          State          ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City          State          ZIP Code | City          State          ZIP Code | | |

---

Debtor   Holy NAzArene Deliverance Ministries, Inc    Case number (if known)_____

Name

---

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City          State        ZIP Code | City          State        ZIP Code | | |

---

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| | Business name and address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | Name | | EIN: __ __ – __ __ __ __ __ __ __ |
| | Street | | **Dates business existed** |
| | City          State        ZIP Code | | From _____   To _____ |
| 25.2. | Business name and address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
| | Name | | EIN: __ __ – __ __ __ __ __ __ __ |
| | Street | | **Dates business existed** |
| | City          State        ZIP Code | | From _____   To _____ |
| 25.3. | Business name and address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
| | Name | | EIN: __ __ – __ __ __ __ __ __ __ |
| | Street | | **Dates business existed** |
| | City          State        ZIP Code | | From _____   To _____ |

---

Debtor _Holy NAZArene Deliverance Ministries, Ink._    Case number (if known) _____

Name

---

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. _Latrej & Consulting Group, Inc._ | From _3/2015_ To _4/2016_ |
| Name | |
| _618 Jennings Avenue_ | |
| Street | |
| _West Hempstead, NY 11552_ | |
| City          State          ZIP Code | |

| Name and address | Dates of service |
|---|---|
| 26a.2. _____ | From _____ To _____ |
| Name | |
| _____ | |
| Street | |
| _____ | |
| City          State          ZIP Code | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26b.1. _____ | From _____ To _____ |
| Name | |
| _____ | |
| Street | |
| _____ | |
| City          State          ZIP Code | |

| Name and address | Dates of service |
|---|---|
| 26b.2. _____ | From _____ To _____ |
| Name | |
| _____ | |
| Street | |
| _____ | |
| City          State          ZIP Code | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. _____ | _____ |
| Name | _____ |
| _____ | |
| Street | _____ |
| _____ | |
| City          State          ZIP Code | |

---

Debtor _____    Case number (*if known*)_____
          Name

|  | **Name and address** | **If any books of account and records are unavailable, explain why** |
|---|---|---|

26c.2.  _____    _____
        Name

        _____    _____
        Street

        _____
        _____    _____
        City                State        ZIP Code

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

❑ None

**Name and address**

26d.1.  M22 Capital Group LLC
        Name
        1735 Market Street, Suite #3750
        Street

        Philadelphia          PA      19103
        City                State        ZIP Code

**Name and address**

26d.2.  _____
        Name

        _____
        Street

        _____
        _____
        City                State        ZIP Code

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
❑ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

Name and address of the person who has possession of inventory records

27.1.  _____
       Name

       _____
       Street

       _____
       _____
       City                State        ZIP Code

Debtor    Holy Nazrene Deliverne Ministres, Inc.    Case number (*if known*)_____

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

Name and address of the person who has possession of inventory records

27.2.    _____
       Name

       _____
       Street

       _____
       City                    State          ZIP Code

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Herquel D. Gibbs | 6505A Bayfield Ave Arverne NY | PASTOR/PoA | Ø |
| Mary Mohammed | 312 Bainbridge St. #6G Brooklyn NY | Trustee | Ø |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?
☐ No
☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Peggy M. Holley-Bryant | 237 Ralph Ave. Brooklyn, NY 11233 | President / Pastor | From 2004 To 2015 |
| | | | From ___ To ___ |
| | | | From ___ To ___ |
| | | | From ___ To ___ |

30. Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?
☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. _____ Name | _____ | _____ | _____ |
| _____ Street | | _____ | |
| _____ City            State        ZIP Code | | _____ | |
| Relationship to debtor | | _____ | |

Debtor    Holy Nazarene Deliverance Ministries, Inc.          Case number (if known) _____

---

| | Name and address of recipient | | | |
|---|---|---|---|---|
| 30.2 | Name _____ | | | |
| | Street _____ | | | |
| | _____ | | | |
| | City _____ State _____ ZIP Code ____ | | | |
| | Relationship to debtor _____ | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| _____ | EIN: __ __ – __ __ __ __ __ __ __ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| _____ | EIN: __ __ – __ __ __ __ __ __ __ |

---

## Part 14:    Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   5  16  2016
          MM / DD / YYYY

X _____          Printed name   Herquel D. Gibbs
Signature of individual signing on behalf of the debtor

Position or relationship to debtor   Pastor / POA

---

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?

☐ No

☒ Yes

---

**HOLY NAZARENE DELIVERANCE MINISTRIES, INC.**
**Supplementary Schedule - Functional Income Expenses**
**January 1, - December 31, 2015**

| | General Support | Program Admin. | TOTAL | |
|---|---|---|---|---|
| **Support & Contributions / Income** | | | | |
| **Restricted:** | | | | |
| Tithes & Other Unrestricted Funds | 30,459 | | $ | 30,459 |
| Contributions Income | | 5,467 | $ | 5,467 |
| | | | | |
| **Total Support & Grant / Income** | $ 30,459 | $ 5,467 | $ | 35,926 |
| | | | | |
| **Expense** | | | | |
| Insurance | 4,560 | | | 4,560 |
| Bank Service Charges | 105 | | | 105 |
| Conferences/Conventions/Meetings | 798 | 110 | | 908 |
| Utilities and Fuel Oil | 5,877 | 810 | | 6,687 |
| Office/Program Supplies | 1,284 | 426 | | 1,710 |
| Building Supplies and Maintenance | 3,220 | 1,068 | | 4,288 |
| Ministries/Discipleship | 1,563 | 972 | | 2,535 |
| Outside Services | | 675 | | 675 |
| Gifts and Donations | 3,426 | | | 3,426 |
| Pastoral Salaries and Allowance | 2,435 | | | 2,435 |
| Professional Fees, Legal | 6,500 | 1,300 | | 7,800 |
| **Total Expenses:** | $ 29,768 | $ 5,361 | $ | 35,129 |
| | | | | |
| **Net Income** | $ 691 | $ 106 | $ | 797 |

## HOLY NAZARENE DELIVERANCE MINISTRIES, INC.
### Supplementary Schedule - Functional Income Expenses
### January 1, - December 31, 2014

| | General Support | Program Admin. | | TOTAL |
|---|---|---|---|---|
| **Support & Contributions / Income** | | | | |
| **Restricted:** | | | | |
| Tithes & Other Unrestricted Funds | 25,236 | | $ | 25,236 |
| Contributions Income | | 4,447 | $ | 4,447 |
| | | | | |
| **Total Support & Grant / Income** | $ 25,236 | $ 4,447 | $ | 29,683 |
| | | | | |
| **Expense** | | | | |
| Insurance | 4,150 | | | 4,150 |
| Bank Service Charges | 105 | | | 105 |
| Conferences/Conventions/Meetings | 250 | 220 | | 470 |
| Utilities and Fuel Oil | 6,851 | 987 | | 7,838 |
| Office/Program Supplies | | 426 | | 426 |
| Building Supplies and Maintenance | 3,145 | | | 3,145 |
| Ministries/Discipleship | 1,020 | 945 | | 1,965 |
| Outside Services | | 175 | | 175 |
| Gifts and Donations | 3,654 | | | 3,654 |
| Pastoral Salaries and Allowance | 2,025 | | | 2,025 |
| Professional Fees, Legal | 3,300 | 1,300 | | 4,600 |
| **Total Expenses:** | $ 24,500 | $ 4,053 | $ | 28,553 |
| | | | | |
| **Net Income** | $ 736 | $ 394 | $ | 1,130 |

PURSUANT TO E.D.N.Y. LBR 1007-4

## DEBTOR'S AFFIDAVIT TO DECLARE SMALL BUSINESS
### Holy Nazarene Deliverance Ministries, Inc.

The debtor in this case is a small business as defined in Bankruptcy Code $ 101(51C).

The debtor is a Religious Corporation pursuant to Article 10 of the Religious Corporation Law.  The corporation operates a public house of worship at 237 Ralph Avenue, Brooklyn, New York 11233.

The debtor does not issue shares of stock, securities or debentures.

The debtor seeks relief under Chapter 11 as a result of a mechanics lien and foreclosure judgment filed by a creditor against its real property known as 237 Ralph Avenue, Brooklyn, New York.

The debtor's significant assets are located at 237 Ralph Avenue, Brooklyn, New York 11233.

The debtor owns real property known as 237 Ralph Avenue, Brooklyn, NY 11233 only.

The debtor does not offer weekly payroll to any member, officer or religious leader associated with the church.

Debtor's Total Assets:  $385,000

The debtor's has no outstanding debt outside of the current foreclosure judgment in the amount of $400,000.00.

Debtor's senior management:  Bishop Herquel D. Gibbs - Pastor
                             Mary Mohammed – Trustee


Executed on _____
                   MM / DD / YYYY

_____          _____
Signature of authorized representative of debtor          Printed Name

_____          Herquel D. Gibbs
Title

## LIST OF EQUITY SECURITY HOLDERS
of Holy Nazarene Deliverance Ministries, Inc.

There are no Equity Security Holders to report.

Executed on _____

MM / DD / YYYY

_____          _____
Signature of authorized representative of debtor          Printed Name

_____
Title

(E.D.N.Y. LBR 1073-3 Statement)

## RESOLUTION OF THE BOARD OF TRUSTEES
of Holy Nazarene Deliverance Ministries, Inc.

Where as at a special meeting of the Board of Trustees of Holy Nazarene Deliverance Ministries, Inc. held at its church edifice, 237 Ralph Avenue, Brooklyn, New York 11233 on April 23, 2016 of which (5) Executive Board members were present, it has been presented that the current order and judgment filed by Maverick Construction Services LLC, Desmond Grenardo, D.E.S. Home Improvement, Inc., and Malachi Home Remodeling, Inc. has been signed off by the Honorable Judge Daniel J. Schmidt, on April 7, 2016. After which, on April 8, 2016 Maverick Construction Services, LLC. filed a Notice with the Court effecting foreclosure action against Holy Nazarene Deliverance Ministries, Inc and Holy Nazarine House of Prayer for All People.

Where as Holy Nazarene Deliverance Ministries, Inc. cannot pay the judgment amount of $400,000.00 as the renovation work started in 2011 by the contractor Desmond Grenardo was never completed and a mutually agreed upon and authorized scope of work was never produced for review and evaluation by Bishop Herquel Gibbs. It is evidenced that that the building known as 237 Ralph Avenue, Brooklyn, New York 11222 was made to be out of compliance with New York City building codes by Mr. Desmond Grenardo. A final certificate of occupancy cannot be obtained at this date. It is further evidenced that Mr. Desmond Grenardo sought the assistance of Maverick Construction Services, LLC and sold the debt for payment of the same. Henceforth, Maverick Consruction Services, LLC has proceeded with aggressive legal action to collect on the debt having never done any work on the property, while naming Desmond Grenardo, individually, and D.E.D. Home Improvement, and Malachi Home Remodeling as Third-Party Plaintiffs.

Where as the past President and Pastor Rev. Peggy Holley-Bryant attempted to rectify the situation, she retired before any such action was rectified. Legal counsel, Kevin S. Golding, Esq., retained by Rev. Holley-Bryant failed to avoid the filing of a final stipulation Judgment by Maverick that would have granted a two year repayment period for the amount of $150,000.

Where as, with legal power of attorney then transferred to Bishop Herquel D. Gibbs upon the official retirement of Rev. Peggy Holley-Bryant, Bishop Gibbs successfully negotiated a one-year repayment plan in the amount of $1,300.00 per month effective March 2015, whereby the entire re-negotiated total debt in the amount of $150,000 was to be paid on or before March 18, 2016.

Where as Holy Nazarene Deliverance Ministries, Inc. has not been able to secure financing due to the judgment filed against its only real estate asset, and the difficulty in finding a lender that is willing to lend to a church, the corporation consents that Bishop Herquel D. Gibbs, Pastor seek relief through the courts by filing under Chapter 11 Bankruptcy rules.

NOW THEREFORE BE IT:

RESOLVED, that this corporation shall file for protection through bankruptcy under Chapter 11, therefore granting time to reorganized the corporation and seek an agreement for repayment of the original judgment of $150,000.

FURTHER RESOLVED, that each of the trustees and officers of Holy Nazarene Deliverance Ministries, Inc. is herby authorize Bishop Herque;l D. Gibbs, Pastor to assign, encumber, mortgage said properties herein for the benefit of Holy Nazarene Deliverance Ministries in an amount up to and including $450,00.00 it it has become nessary to satisfy the current judgment held by Maverick Construction Services LLC., and its agents, partners and assigns.

Trustees/Officers:

| | | |
|---|---|---|
| *Mary A. Mohammed* | Deaoness | 5-17-16 |
| Signature | Title | Date |
| *Marsh Rogers* | Minister | 5/17/16. |
| Signature | Title | Date |
| | | |
| Signature | Title | Date |
| | | |
| Signature | Title | Date |
| | | |
| Signature | Title | Date |

## CORPORATE DISCLOSURE STATEMENT
### of Holy Nazarene Deliverance Ministries, Inc.

There are no entities to report that directly or indirectly owns 10% or more of any class of the corporation's equity interests.

Executed on _5_ / _16_ / _2016_
           MM /  DD  / YYYY

_Herquel Gibbs_

_____
Signature of authorized representative of debtor

Printed Name

_____
Title

(E.D.N.Y. LBR 1073-3 Statement)

B2800 (Form 2800) (12/15)

# United States Bankruptcy Court

Eastern _____ District Of New York _____

In re Holy Nazarene Deliverance Ministries, Inc. Case No. _____

Debtor

Chapter __11__

## DISCLOSURE OF COMPENSATION OF BANKRUPTCY PETITION PREPARER

*[Must be filed with the petition if a bankruptcy petition preparer prepares the petition. 11 U.S.C. § 110(h)(2).]*

1.    Under 11 U.S.C. § 110(h), I declare under penalty of perjury that I am not an attorney or employee of an attorney, that I prepared or caused to be prepared one or more documents for filing by the above-named debtor(s) in connection with this bankruptcy case, and that compensation paid to me within one year before the filing of the bankruptcy petition, or agreed to be paid to me, for services rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For document preparation services I have agreed to accept.............................. $ _150.00_

Prior to the filing of this statement I have received............................................ $ _0.00_

Balance Due....................................................................................................... $ _150.00_

2.    I have prepared or caused to be prepared the following documents (itemize): *Prepared All required forms*

and provided the following services (itemize): *Photo copying* *for filing Chapter 11 Petition*

3.    The source of the compensation paid to me was:
    Debtor                              Other (specify)

4.    The source of compensation to be paid to me is:
    (Debtor)                            Other (specify)

5.    The foregoing is a complete statement of any agreement or arrangement for payment to me for preparation of the petition filed by the debtor(s) in this bankruptcy case.

6.    To my knowledge no other person has prepared for compensation a document for filing in connection with this bankruptcy case except as listed below:

NAME                          SOCIAL SECURITY NUMBER

_Mynessa A. Stone_           _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_           _5/16/2016_
    Signature                Social Security number of bankruptcy       Date
                             petition preparer*
_Mynissa A. Stone - Consultant_   _P.O. Box 27 West Hempstead, NY 11552_
Printed name and title, if any, of        Address
Bankruptcy Petition Preparer

\* If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.  (Required by 11 U.S.C. § 110).

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NEW YORK
www.nyeb.uscourts.gov

## STATEMENT PURSUANT TO LOCAL
## BANKRUPTCY RULE 1073-2(b)

**DEBTOR(S):** HOLY NAZARENE DELIVERANCE MINISTRIES, INC.          **CASE NO.:** _____

Pursuant to Local Bankruptcy Rule 1073-2(b), the debtor (or any other petitioner) hereby makes the following disclosure concerning Related Cases, to the petitioner's best knowledge, information, and belief:

[**NOTE:** Cases shall be deemed "Related Cases" for purposes E.D.N.Y LBR 1073-1 and E.D.N.Y LBR 1073-2 if the earlier case was pending at any time within eight years before the filing of the new petition, and the debtors in such cases (i) are the same; (ii) are spouses or ex-spouses; (iii) are affiliates, as defined in 11 U.S.C. § 101(2); (iv) are general partners in the same partnership; (v) are a partnership and one more of its general partners; (vi) are partnerships which share one or more common general partners; or (vii) have, or within 180 days of the commencement of either of the Related Cases had, an interest in property that was or is included in the property of another estate under 11 U.S.C. § 541(a).]

**☒ NO RELATED CASE IS PENDING OR HAS BEEN PENDING AT ANY TIME.**

**☐ THE FOLLOWING RELATED CASE(S) IS PENDING OR HAS BEEN PENDING:**

1. **CASE NO.:** _____  **JUDGE:** _____  **DISTRICT/DIVISION:** _____

   **CASE PENDING: (YES/NO):** _____  [*If closed*] **Date of Closing:** _____

   **CURRENT STATUS OF RELATED CASE:** _____
   (Discharged/awaiting discharge, confirmed, dismissed, etc.

   **MANNER IN WHICH CASES ARE RELATED:** (*Refer to NOTE above*): _____

   • **SCHEDULE A/B: PROPERTY "OFFICIAL FORM 106A/B - INDIVIDUAL" PART 1 (REAL PROPERTY):**
   REAL PROPERTY AS LISTED IN DEBTOR'S SCHEDULE "A/B – PART 1" WHICH WAS ALSO LISTED IN SCHEDULE "A/B" OF RELATED CASES: _____

   • **SCHEDULE A/B: ASSETS – REAL PROPERTY "OFFICIAL FORM 206A/B - NON-INDIVIDUAL" PART 9 (REAL PROPERTY):** REAL PROPERTY AS LISTED IN DEBTOR'S SCHEDULE "A/B – PART 9" WHICH WAS ALSO LISTED IN SCHEDULE "A/B" OF RELATED CASES:

   _____

2. **CASE NO.:** _____  **JUDGE:** _____  **DISTRICT/DIVISION:** _____

   **CASE PENDING: (YES/NO):** _____  [*If closed*] **Date of Closing:** _____

   **CURRENT STATUS OF RELATED CASE:** _____
   (Discharged/awaiting discharge, confirmed, dismissed, etc.

   **MANNER IN WHICH CASES ARE RELATED:** (*Refer to NOTE above*): _____

   • **SCHEDULE A/B: PROPERTY "OFFICIAL FORM 106A/B - INDIVIDUAL" PART 1 (REAL PROPERTY):**
   REAL PROPERTY AS LISTED IN DEBTOR'S SCHEDULE "A/B – PART 1" WHICH WAS ALSO LISTED IN SCHEDULE "A/B" OF RELATED CASES: _____

   • **SCHEDULE A/B: ASSETS – REAL PROPERTY "OFFICIAL FORM 206A/B - NON-INDIVIDUAL" PART 9 (REAL PROPERTY):** REAL PROPERTY AS LISTED IN DEBTOR'S SCHEDULE "A/B – PART 9" WHICH WAS ALSO LISTED IN SCHEDULE "A/B" OF RELATED CASES: _____

[OVER]

**DISCLOSURE OF RELATED CASES (cont'd)**

3. **CASE NO.:** _____ **JUDGE:** _____ **DISTRICT/DIVISION:** _____

**CASE PENDING: (YES/NO):** _____ [*If closed*] **Date of Closing:** _____

**CURRENT STATUS OF RELATED CASE:** _____
(Discharged/awaiting discharge, confirmed, dismissed, etc.)

**MANNER IN WHICH CASES ARE RELATED:** (*Refer to NOTE above*): _____

• **SCHEDULE A/B: PROPERTY "OFFICIAL FORM 106A/B - <u>INDIVIDUAL</u>" PART 1 (REAL PROPERTY):**
REAL PROPERTY AS LISTED IN DEBTOR'S SCHEDULE "A/B – PART 1" WHICH WAS ALSO LISTED IN SCHEDULE "A/B" OF RELATED CASES: _____

• **SCHEDULE A/B: ASSETS – REAL PROPERTY "OFFICIAL FORM 206A/B - <u>NON-INDIVIDUAL</u>" PART 9 (REAL PROPERTY):** REAL PROPERTY AS LISTED IN DEBTOR'S SCHEDULE "A/B – PART 9" WHICH WAS ALSO LISTED IN SCHEDULE "A/B" OF RELATED CASES:

_____

**NOTE: Pursuant to 11 U.S.C. § 109(g), certain individuals who have had prior cases dismissed within the preceding 180 days may not be eligible to be debtors. Such an individual will be required to file a statement in support of his/her eligibility to file.**

**TO BE COMPLETED BY DEBTOR/PETITIONER'S ATTORNEY, AS APPLICABLE:**

I am admitted to practice in the Eastern District of New York (Y/N): _____

**CERTIFICATION (to be signed by pro-se debtor/petitioner or debtor/petitioner's attorney, as applicable):**

I certify under penalty of perjury that the within bankruptcy case is not related to any case pending or pending at any time, except as indicated elsewhere on this form.

_____
**Signature of Debtor's Attorney**

X _____
**Signature of Pro-se Debtor/Petitioner**

237 RALPH AVENUE
**Mailing Address of Debtor/Petitioner**

BROOKLYN, NEW YORK 11233
**City, State, Zip Code**

holynazbrooklyn@gmail.com
**Email Address**

(347) 398-6924
**Area Code and Telephone Number**

**Failure to fully and truthfully provide all information required by the E.D.N.Y LBR 1073-2 Statement may subject the debtor or any other petitioner and their attorney to appropriate sanctions, including without limitation conversion, the appointment of a trustee or the dismissal of the case with prejudice.**

**NOTE: Any change in address must be reported to the Court immediately IN WRITING. Dismissal of your petition may otherwise result.**

DEBTOR NAME: <u>HOLY NAZARENE DELIVERANCE MINISTRIES, INC</u>.

UNITED STATE BANKRUPTCY COURT FOR THE <u>EASTERN DICTRICT OF NEW YORK</u>

<u>LIST OF ALL CREDITORS TO THE DEBTOR</u>:

DESMOND GRENARDO                      22 Paerdegat, 5th Street, Brooklyn, NY 11236

DESMOND GRENARDO                      1815 Nostrand Avenue, Brooklyn, New York 11226

D.E.S. HOME IMPROVEMENT, INC.         1815 Nostrand Avenue, Brooklyn,New York 11226

MALACHI HOME REMODELING, INC.         1815 Nostrand Avenue, Brooklyn, New York 11226

MAVERICK CONSTRUCTION SERVICES LLC.  14 East 38th Street, New York, New York 10016

MAVERICK CONSTRUCTION SERVICES LLC.  c/o Daniels Norelli Scully & Cecere, P.C.

272 Duffy Avenue, Hicksville, New York 11801

**DEBTOR NAME:** <u>HOLY NAZARENE DELIVERANCE MINISTRIES, INC.</u>

UNITED STATE BANKRUPTCY COURT FOR THE <u>EASTERN DICTRICT OF NEW YORK</u>

<u>MAILING MATRIX</u>:

| | |
|---|---|
| D.E.S. HOME IMPROVEMENT, INC. | 1815 Nostrand Avenue, Brooklyn,New York 11226 |
| DESMOND GRENARDO | 22 Paerdegat, 5th Street, Brooklyn, NY 11236 |
| DESMOND GRENARDO | 1815 Nostrand Avenue, Brooklyn, New York 11226 |
| HERQUEL D. GIBBS – PASTOR | 6505A Bayfield Avenue, Arverne, New York 11692 |
| MALACHI HOME REMODELING, INC. | 1815 Nostrand Avenue, Brooklyn, New York 11226 |
| MARY MOHAMMED  - TRUSTEE | 342 Bainbridge Street, Apt. 6C, Brooklyn, NY 11233 |

MAVERICK CONSTRUCTION SERVICES LLC.   14 East 38th Street, New York, New York 10016

MAVERICK CONSTRUCTION SERVICES LLC.   c/o Daniels Norelli Scully & Cecere, P.C.
272 Duffy Avenue, Hicksville, New York 11801

PEGGY BRYANT – PAST PRESIDENT/TRUSTEE        237 Ralph Avenue, Brooklyn, New York 11233